UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                  Case No. 09-30411
                                  HON. GEORGE CARAM STEEH

ERNEST RICHARD OESTRIKE,

    Defendant.
_____/

## ORDER CONTINUING STATUS CONFERENCE

The parties and counsel appeared this date for a status conference in relation to defendant's motion to discharge or conditionally release defendant from confinement. The court was advised that defendant's son has sought to assume responsibility for his care and custody by filing a petition for guardianship based on defendant's mental incapacity and is scheduled for hearing in the Wayne County Probate Court. It is anticipated that this court will either discharge or conditionally release defendant to the jurisdiction of the Wayne County Probate Court upon notice that state court oversight will undertake to approve the placement of defendant in a facility where he will receive appropriate care and supervision and have no contact with children.

Accordingly, this matter is continued to June 7, 2011, at 1:30 P.M.

SO ORDERED.

Dated: April 14, 2011

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 14, 2011, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk